AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | Colorado Case No. 18-mj-01119-MEH |
| v. | ) | Case No. 3:18-cr-30086-01 |
| | ) | |
| Matthew Steele | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Steele ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**WARRANT ISSUED:**
3:32 pm, Jun 13, 2018
MATTHEW W. THELEN, Clerk

Name and title: Deneen L. Clausen, Deputy Clerk

By: _____
Deputy Clerk

City and state: Pierre, SD

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION



FILED
JUN 12 2018
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-30086 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE |
| MATTHEW STEELE, | |
| Defendant. | 21 U.S.C. §§ 841(a) and 841(b)(1)(C) |

The Grand Jury charges:

On or about the 10th day of February, 2018, at Parmelee, in the District of South Dakota, Defendant, Matthew Steele, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____