IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-mj-01119-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATTHEW STEELE,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      /s/ Warren R. Williamson
      WARREN R. WILLIAMSON
      First Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  Rick_Williamson@fd.org
      Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 5, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

  Bryan David Fields, Assistant U.S. Attorney
  Email:  bryan.fields3@usdoj.gov

              /s/ Cecilia Hernandez
              Cecilia Hernandez, Legal Assistant
              Office of the Federal Public Defender